IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY GILES | CRIMINAL ACTION<br><br>NO. 94-20-01 |
|---|---|

### ORDER RE: PETITIONER'S MOTION UNDER 28 U.S.C. § 2255

**AND NOW**, this 19th day of November, 2021, after careful consideration of Petitioner Troy Giles's 28 U.S.C. § 2255 Motion (ECF 249), the Government's Response (ECF 251), and Petitioner's Reply (ECF 252), it is hereby **ORDERED** that Petitioner's Motion is **GRANTED**. Counsel shall advise the Court within seven (7) days what proceedings should take place in light of this Order and submit either joint or separate proposed orders.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Criminal Cases\94-20-01 Giles, US v\94cr20-01 Order re 2255 Motion.docx